**Dwayne Anthony HAIRSTON,
Plaintiff–Appellant,**

v.

**MARTINSVILLE CITY JAIL; Steve Draper, Sheriff, Defendants–Appellees.**

No. 02–7524.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 21, 2002.

Decided Dec. 13, 2002.

Dwayne Anthony Hairston, Appellant Pro Se.

Before WILLIAM D. WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Dwayne Anthony Hairston appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Hairston v. Martinsville City Jail*, No. CV–02–1018–7 (W.D.Va. Oct. 3, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*